IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF DEDMON                                                              PLAINTIFF

v.                                  No. 4:12-cv-436-DPM

INTERSTATE HIGHWAY SIGN CORP.                        DEFENDANT

ORDER

Dedmon's motion to withdraw his complaint against Interstate Highway Sign Corporation, *Document No. 19*, is granted.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

7 February 2013