IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF DEDMON                                                       PLAINTIFF

v.                              No. 4:12-cv-436-DPM

INTERSTATE HIGHWAY SIGN CORP.                    DEFENDANT

ORDER

Dedmon's motion to withdraw his complaint against Interstate Highway Sign Corporation, *Document No. 19*, is granted.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 February 2013