IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEFF DEDMON                                                                    PLAINTIFF

v.                              No. 4:12-cv-436-DPM

INTERSTATE HIGHWAY SIGN CORP.                           DEFENDANT

JUDGMENT

Dedmon's complaint against Interstate Highway Sign Corporation, is dismissed without prejudice.

*D.P. Marshall Jr.*
United States District Judge

7 February 2013